## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS/ST. JOHN

JOHN BELLOT and DOROTHY BELLOT,                           CASE NO.: SX-18-CV-110

      Plaintiffs,

v.

GEC, LLC, THE UNITED STATES OF
AMERICA and THE U.S. ARMY
CORPS OF ENGINEERS,

      Defendants.
_____/

## **STIPULATION TO SUBSTITUTION OF COUNSEL**

      IT IS STIPULATED, pursuant to the applicable Rules for the District Court of the Virgin Islands, that William E. Crabill Esq., of the law firm of COLE, SCOTT & KISSANE, P.A., shall be substituted as counsel of record for Defendant, GEC, LLC ("GEC"), in place and stead of Warren B. Cole, Esq. of the law firm of Hunter & Cole.

      The undersigned counsel respectfully request that this Court enter an Order approving the Stipulation and relieving Attorney Cole and Hunter & Cole from any further responsibility with respect to the representation of the Defendant, GEC.

      Respectfully submitted this 30th day of September, 2019.

| | |
|---|---|
| **HUNTER & COLE** | **COLE SCOTT & KISSANE, P.A.** |
| 1138 King Street, Suite 3 | 9150 South Dadeland Boulevard, Suite 1400 |
| Christiansted, VI 00820 | Miami, FL  33156 |
| Telephone:   (340) 773-3535 | Telephone:   (305) 350-5300 |
| Facsimile:   (340) 778-8241 | Facsimile:   (786) 373-2294 |
| By: *Warren B. Cole* | By: *William E. Crabill* |
|     Warren B. Cole |     William E. Crabill |
|     VI Bar No. 283 |     VI Bar No. 1003 |
|     wbcole@huntercolevi.com |     william.crabill@csklegal.com |

CASE NO.: SX-18-CV-110

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following, and that I sent the filing to all non-filer users via U.S. Mail, postage prepaid:

Clive Rivers, Esq.
Law Offices of Clive Rivers
800 Nisky Center, Suite 233
St. Thomas, Virgin Islands 00804
Telephone: (340) 776-4666
Facsimile: (340) 776-4525
Attorney for Plaintiffs

                                        By: *William E. Crabill*
                                                William E. Crabill
                                                V.I. Bar No. 1003